IN THE SUPREME COURT OF THE STATE OF DELAWARE

SCOTT JOHNSON, §
§
    Defendant Below, § No. 339, 2024
    Appellant, §
§ Court Below: Superior Court
    v. § of the State of Delaware
§
STATE OF DELAWARE, § Cr. ID No. N2012011449
§
    Appellee. §

Submitted: January 20, 2025
Decided: February 3, 2025

## ORDER

The appellant, Scott Johnson, filed this appeal from a Superior Court order sentencing him for a violation of probation. Johnson's opening brief was due December 13, 2024. On December 17, 2024, Court staff sent a notice of brief delinquency to Johnson because he had not filed his opening brief by the deadline. On December 27, 2024, Court staff issued a notice, sent by certified mail, directing Johnson to show cause why this appeal should not be dismissed for his failure to file an opening brief. On January 7, 2025, the Court received the certified-mail receipt, indicating that the notice had been delivered. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice